IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMI BRISCOE, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-0328 |
| | : | |
| TEMPLE UNIVERSITY, | : | |
| *Defendant*. | : | |

# ORDER

AND NOW, this 24th day of January, 2019, upon consideration of *pro se* Plaintiff Tammi Briscoe's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion for Appointment of Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

4. Briscoe is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state plausible claims that cure the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Briscoe's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5. The Clerk of Court is **DIRECTED** to provide Briscoe a blank copy of this Court's current form complaint for a plaintiff filing an employment discrimination lawsuit bearing the civil action number for this case. Briscoe may use this form to file her amended complaint.

6. Briscoe's Motion for Appointment of Attorney (ECF No. 3) is **DENIED without prejudice** at this time.

7. If Briscoe fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**